JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY, et al., | ) ) ) ) | No. SACV 11-00249 JST (MLGx) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | ) ) ) | |
| Defendants. | ) ) | [Before the Honorable Josephine Staton Tucker] |

## JUDGMENT FOR DEFENDANTS

The Court having considered the pleadings, evidence presented, and memorandum of points and authorities filed by the parties in regard to Defendants' Renewed Motion for Summary Judgment and Plaintiffs' Renewed Cross-Motion for Summary Judgment, and in accordance with the Order (1) Denying Plaintiffs' Renewed Motion for Summary Judgment and (2) Granting Defendants' Renewed Motion for Summary Judgment (Doc. 61) filed herein:

1    HEREBY ORDERS, ADJUDGES AND DECREES that judgment is entered
2 in favor of Defendants on all causes of action.
3
4
5    DATED: April 9, 2013
6                                     _____
7                                     JOSEPHINE STATON TUCKER
                                      UNITED STATES DISTRICT COURT